

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00611-CV

David Allan **EDWARDS**,
Appellant

v.

**DISTRICT ATTORNEY OF ATASCOSA COUNTY, TEXAS**,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 12-02-0185-CVA
Honorable Thomas F. Lee, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. It is ORDERED that the parties shall each bear their own costs of appeal.

SIGNED July 22, 2015.

_____
Rebeca C. Martinez, Justice